UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Norfolk Division



ROBERT S. SMITH,

        Plaintiff,

v.                              CIVIL ACTION NO. 2:19cv215

Q.E.D. SYSTEMS, INC.,

        Defendant.

### ORDER

This matter comes before the court on the Joint Motion for Approval of General Release and Settlement Agreement. ECF No. 7.

On January 13, 2020, the matter was referred to United States Magistrate Judge Robert J. Krask pursuant to the provisions of 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b), to conduct necessary hearings, including evidentiary hearings, if necessary, and to submit to the undersigned district judge proposed findings of fact, if applicable, and recommendations for the disposition of the parties' Joint Motion for Approval of General Release and Settlement Agreement. ECF No. 8. The Magistrate Judge's Report and Recommendation ("R&R"), which recommended granting the Joint Motion for Settlement Approval, was filed on February 11, 2020. ECF No. 12. In the R&R, the parties were advised of their right

to file written objections to the findings and recommendations made by the Magistrate Judge within fourteen (14) days from the date of the mailing of the R&R to the objecting party. Id. at 9-10. The Plaintiff filed a Notice of No Objection to the R&R. ECF No. 13. No objection was filed by the Defendant.

The court **ADOPTS AND APPROVES IN FULL** the findings and recommendations set forth in the Magistrate Judge's thorough and well-reasoned R&R, ECF No. 12, filed on February 11, 2020. Accordingly, the parties' Joint Motion for Settlement Approval is **GRANTED**.

The Clerk is **DIRECTED** to send a copy of this Order to counsel for all parties.

**IT IS SO ORDERED.**

/s/
Rebecca Beach Smith
Senior United States District Judge

REBECCA BEACH SMITH
SENIOR UNITED STATES DISTRICT JUDGE

February 27, 2020